CAROLINE L. YANNEY et al., Respondents, *v.* JOHN H. PEMBER et al., as Executors of ELLEN J. L. W. PEMBER, Deceased, Appellants.

(Argued June 4, 1934; decided July 3, 1934.)

*C. C. Van Kirk* and *J. B. McCormick* for appellants. *Jacob M. Frankel* for respondents.

Judgment affirmed, with costs; no opinion. (See 265 N. Y. 578.)

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.